UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
July 12, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RANDY BARKER, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-mj-00175-KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Randy Barker; Case 2:12-mj-00175-KJN from custody and for the following reasons:

     __    Release on Personal Recognizance

     __    Bail Posted in the Sum of _____

     __    Unsecured Appearance Bond in the amount of $

     __    Appearance Bond with 10% Deposit

     __    Appearance Bond secured by Real Property

     __    Corporate Surety Bail Bond

     X     (Other) Pretrial Supervision/Conditions;

Issued at  Sacramento, CA  on  7/12/2012  at  2:45 pm

By _____
Kendall J. Newman
United States Magistrate Judge